Dismissed and Memorandum Opinion filed June 22, 2006









Dismissed and Memorandum Opinion filed June 22, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00158-CR

____________

 

BRIAN KEITH ALLEN,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 9

Harris County, Texas

Trial Court Cause No.
1321007

 



 

M E M O R A N D U M   O P I N I O N

On February 7, 2006, the trial court sentenced appellant to
confinement for 240 days in the Harris County Jail.  Appellant filed a notice of appeal on
February 8, 2006.  

On April 27, 2006, this court ordered a hearing to determine
why no payment arrangements had been made for the reporter=s record.  On May 3, 2006, the trial court conducted the
hearing, and the record of the hearing was filed in this court on May 24, 2006.








At the hearing, appellant, who appeared without counsel,
confirmed that he no longer wished to pursue his appeal.  After questioning by the trial judge,
appellant agreed that he understood he was waiving his right of appeal.

Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex.
R. App. P. 42.2(a).  However,
based upon the testimony at the hearing that appellant does not want to
continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See
Tex. R. App. P. 2.

Accordingly, we dismiss the appeal. 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed June 22, 2006.

Panel consists of
Justices Anderson, Edelman, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).